IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES                                                    PLAINTIFF/RESPONDENT

V.                              CASE NO. 5:21-CR-50029-004

JEREMY THORNTON                                               DEFENDANT/PETITIONER

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 208) filed in this case on April 1, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No objections were filed by the parties.

The Court has reviewed this case and finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, Defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 192), is **DENIED** and **DISMISSED WITH PREJUDICE**. Further, a request for a certificate of appealability will be denied if sought.

**IT IS SO ORDERED** on this 6th day of May, 2024.

                                                */s/ Timothy L. Brooks*
                                                TIMOTHY L. BROOKS
                                                UNITED STATES DISTRICT JUDGE